## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    Sheriff                                                                 Criminal No. 2:18cr179
       Virginia Beach Correctional Center
       2501 James Madison Boulevard
       Virginia Beach, Virginia 23456
       757-385-4555

WE COMMAND YOU to surrender the body of **MICHAEL DEMETRIUS ATKINS**, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, at 600 Granby Street, Norfolk, Virginia, on the **29th day of September 2023 at 2:30 p.m.**, and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine. The body thereafter shall forthwith be returned by the United States Marshal to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Lawrence R. Leonard, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 18th day of September, 2023.

                                FERNANDO GALINDO, CLERK


                                By: /s/
                                M. Reese, Deputy Clerk